FILED
2022 Feb-15 AM 08:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT B

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| **EDDIE LEE WEBB, SR.,** and **ROBERTA WEBB,** | ) ) ) **CIVIL ACTION NO.** |
| Plaintiffs, | ) ) ) _____ |
| v. | ) ) |
| **STEELSUMMIT HOLDINGS, INC.,** d/b/a Magic Steel, | ) ) ) |
| Defendant. | ) ) ) |

## AFFIDAVIT OF EDMOND LUZ

I, Edmond Luz, being first duly sworn on oath, depose and state:

1. I hold the position of Chief Financial Officer for SteelSummit Holdings, Inc. d/b/a Magic Steel. In this position I am familiar with the operations, corporate structure, and corporate history of SteelSummit Holdings, Inc. I am authorized to execute this affidavit on behalf of SteelSummit Holdings, Inc. and have personal knowledge of and testify to the statements below.

2. SteelSummit Holdings, Inc. is a corporation that is organized under the laws of the State of Delaware and of no other states, and having its principal office and place of business at 1500 Medical Center Parkway, Suite 3B, Murfreesboro, Tennessee 37129.

FURTHER AFFIANT SAYETH NOT.

_____
EDMOND LUZ

STATE OF __Tennessee__ )
COUNTY OF __Rutherford__ )

SUBSCRIBED and SWORN to before me this __14__ day of __February__ 2022.

_____
NOTARY PUBLIC

My commission expires: __5-18-25__

