FILED
2022 Feb-15 AM 08:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT C



Delaware.gov



**Department of State: Division of Corporations**

HOME

### Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 3185428 | Incorporation Date / Formation Date: | 3/1/2000 (mm/dd/yyyy) |
| Entity Name: | STEEL SUMMIT HOLDINGS, INC. | | |
| Entity Kind: | Corporation | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

### REGISTERED AGENT INFORMATION

| | | | |
|---|---|---|---|
| Name: | THE CORPORATION TRUST COMPANY | | |
| Address: | CORPORATION TRUST CENTER 1209 ORANGE ST | | |
| City: | WILMINGTON | County: | New Castle |
| State: | DE | Postal Code: | 19801 |
| Phone: | 302-658-7581 | | |